were supported by the evidence and, being a trial without a jury, that if any improper or inadmissible testimony was offered it was disregarded. See Slaughter v. State, 154 Tex.Cr.R. 460, 231 S.W.2d 657.

■ The information begins, "I, Weldon G. Holcomb, Asst. Criminal Dist. County Attorney of Smith County, State of Texas." However, it is signed, "Weldon G. Holcomb, Asst. Criminal District Atty., Smith County, Texas." This, we think, is sufficient to show upon its face that it purported to be presented by a proper officer. Hill v. State, 151 Tex.Cr.R. 299, 207 S.W.2d 413.

Remaining convinced that we properly disposed of this cause originally, appellant's motion for rehearing is overruled.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

The complaint and information allege that appellant unlawfully possessed whisky for the purpose of sale in a dry area. Upon his plea of guilty before the court, punishment was assessed at a fine of $300 and 60 days in jail.

All proceedings appear to be regular and nothing is presented for review in the absence of a statement of facts or bill of exception.

The judgment is affirmed.